SALAMAN, DEMANDANTE Y APELADA, *v.* CARRILLO,
DEMANDADA Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan,
Distrito Segundo, en pleito sobre nulidad de reconoci-
miento de hijo natural. Traslado del caso.

No. 2658.—Resuelto en.mayo 22, 1922, por los fundamentos del caso de *Toro y
Lippitt* v. *Corte de Distrito de San Juan, Distrito Segundo,* de mayo 22,
1922, (pág. 542).

Abogados del apelante: *Sres. E. Campillo* y *M. Tous Soto.*
Abogado de la apelada: *Sr. E. H. F. Dottin.*

*Revocada la resolución apelada.*

Jueces concurrentes: Sres. Presidente del Toro y Aso-
ciados Aldrey y Franco Soto.

Los Jueces Asociados Sres. Wolf y Hutchison firmaron
conformes con la sentencia.